906 A.2d 1114

IN THE MATTER OF CHAK Y. LEE, A/K/A CHAK
YIN LEE, AN ATTORNEY AT LAW.

September 28, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–025, recommending that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14,(a)(4)(E), **CHAK Y. LEE, a/k/a CHAK YIN LEE,** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1990, and who has been temporarily suspended from the practice of law pursuant to *Rule* 1:20–13(b) since December 28, 2005, be disbarred on the basis of his disbarment in New York;

And respondent's discipline in New York having been based on his plea of guilty to grand larceny in the second degree, conduct that in New Jersey constitutes violations of *RPC* 8.4(b)(criminal act that reflects adversely on an attorney's honesty, trustworthiness and fitness as a lawyer), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979)(knowing misappropriation of client trust funds requires permanent disbarment);

And **CHAK Y. LEE, a/k/a CHAK YIN LEE,** having failed to appear on the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **CHAK Y. LEE, a/k/a CHAK YIN LEE,** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **CHAK Y. LEE, a/k/a CHAK YIN LEE,** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.